# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 21-20093 |
| Shante Allena Collins<br>Russell Contrell Couch | Chapter 13 |
| Debtor(s). | Judge Tracey N. Wise |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on October 28, 2021.

**By Notice of Electronic Filing to:**

    Eric A Steiden, Debtors' Counsel
    esteiden@steidenlaw.com

    Beverly M. Burden, Trustee
    Notices@Ch13EDKY.com

    Office of the U.S. Trustee
    ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

    Shante Allena Collins, Debtor
    Russell Contrell Couch, Debtor
    2793 Cappel Court
    Hebron, KY 41048

Simion Landell Collins, Non-Filing Co-Debtor
2012 Benton Road
Apartment A
Covington, KY 41011

                                             Respectfully Submitted,

                                             /s/ Molly Slutsky Simons
                                             Molly Slutsky Simons (97962)
                                             Sottile & Barile, Attorneys at Law
                                             394 Wards Corner Road, Suite 180
                                             Loveland, OH 45140
                                             Phone: 513.444.4100
                                             Email: bankruptcy@sottileandbarile.com
                                             Attorney for Movant